Craig Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 127948

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Giron, | Case No. 3:24-cv-03096-EMC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Judge: Edward Milton Chen |
| Line Financial Health Network, | |
| Defendant. | |

//
//
//
//
//
//
//
//

Case No. 3:24-cv-03096-EMC

NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Joe Giron ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 60 days.

DATED: March 23, 2026

**SANDERS LAW GROUP**

By: _/s/ Craig Sanders_
Craig Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 127948
_Attorneys for Plaintiff_

Case No. 3:24-cv-03096-EMC

NOTICE OF SETTLEMENT