**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Joe Giron, | Case No. 3:24-cv-03096-EMC |
| Plaintiff, | **ORDER GRANTING STIPULATED NOTICE OF VOLUNTARY DISMISSAL FRCP 41(a)(1)(A)(ii)** |
| v. | |
| Line Financial Health Network, | |
| Defendant. | |

Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Joe Giron and Defendant Line Financial Health Network, IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: ___4/23/2026___

_____
Edward Milton Chen

Case No. 3:24-cv-03096-EMC

ORDER OF DISMISSAL